IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT JACKSON

FEBRUARY 1997 SESSION



**FILED**

**March 27, 2008**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

| | | |
|---|---|---|
| MICHAEL SOUTH, | ) | C.C.A. NO. 02C01-9609-CR-00312 |
| | ) | |
| APPELLANT, | ) | SHELBY COUNTY |
| | ) | |
| VS | ) | HON. L. T. LAFFERTY, |
| | ) | JUDGE |
| STATE OF TENNESSEE, | ) | |
| | ) | (Post Conviction - Aggravated Rape; |
| APPELLEE. | ) | Aggravated Robbery) |


FOR THE APPELLANT:                    FOR THE APPELLEE:

**ROBERT C. IRBY**                         **CHARLES W. BURSON**
4345 Malory Ave., E                    Attorney General and Reporter
Memphis, TN 38111

                                       **DEBORAH A. TULLIS**
                                       Assistant Attorney General
                                       450 James Robertson Parkway
                                       Nashville, TN 37243-0493


                                       **JOHN W. PIEROTTI**
                                       District Attorney General


                                       **KEVIN R. RARDIN**
                                       Assistant District Attorney
                                       201 Poplar Avenue, Suite 301
                                       Memphis, TN 38103-1947


**OPINION FILED:** _____


**AFFIRMED - RULE 20 ORDER**


**JOE G. RILEY,**
**JUDGE**
                    **O R D E R**

This is an appeal from the trial court's dismissal of a post-conviction relief petition. The appellant, Michael South, was convicted of aggravated rape and aggravated robbery and sentenced to serve 60 years and 30 years, respectively. The sentences were ordered to be served consecutively. We affirm the dismissal of the petition.

In his petition seeking post-conviction relief, the sole issue was whether South had been denied effective assistance of counsel. After an evidentiary hearing, the trial judge filed an excellent, detailed opinion. The trial judge found that counsel's performance was not deficient and denied relief. We have reviewed the briefs, transcript of the hearing, opinion and order denying relief and the entire appellate record. The evidence in the record does not preponderate against the findings and conclusions of the trial court.

The judgment of the trial court is **AFFIRMED** pursuant to Rule 20 of the Tennessee Court of Criminal appeals.

_____
JOE G. RILEY, JUDGE

_____

CONCUR:

_____
JOE B. JONES, PRESIDING JUDGE

_____
JOHN H. PEAY, JUDGE

2